O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-2326 AHM (AGRx) | Date | January 4, 2011 |
|---|---|---|---|
| Title | DAVID SHU v. JOHN E. POTTER, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On January 3, 2011, Plaintiff filed a "Request to Prove [sic] Compromise Settlement". The purported settlement agreement submitted by Plaintiff was not signed by the Defendant, and the Court will not "approve" it.

Jury trial has been scheduled for February 22, 2011, and unless this case is settled and dismissed, the Court will not continue it. The Pre-Trial Conference will be held on February 7, 2011, at 11:00 a.m. The parties shall comply with all requirements for that conference and for the trial.

|  | : |
|---|---|
| Initials of Preparer | SMO |