JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID SHU,<br><br>        Plaintiff,<br><br>        v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE<br><br>        Defendant. | No. CV 09-2326 AHM (AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby dismissed with prejudice. Each party to bear its own costs and fees.

DATED: January 24, 2011    _____
                                                 UNITED STATES DISTRICT JUDGE